Report Date: September 6, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 06 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Lee Collins     Case Number: 0980 2:17CR00041-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 22, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 110 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 10, 2017 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: May 9, 2021 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the cost of testing as determined by the United States Probation Officer.<br><br>**Supporting Evidence**: On May 11, 2017, the undersigned officer reviewed the conditions of supervision with Mr. Collins. He signed his judgment acknowledging his understanding of the conditions of supervision, to include special condition number 14, as noted above.<br><br>Mr. Collins violated his conditions of supervised release in Spokane, Washington, by using heroin and methamphetamine on or about September 1, 2017.<br><br>On September 1, 2017, Mr. Collins reported to the probation office as directed to submit to random urinalysis testing. Prior to the urine collection process, it was discovered that he was attempting to use a deception device. When confronted, he admitted to using the deception device in an attempt to defeat the urine test. In addition, Mr. Collins admitted to using heroin and methamphetamine, and signed an admission form. |

A urine sample was collected from Mr. Collins, which tested presumptive positive for heroin and methamphetamine. The urine sample was sent to Alere Toxicology for further testing.

2 **Special Condition # 14**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the cost of testing as determined by the United States Probation Officer.

**Supporting Evidence**: On May 11, 2017, the undersigned officer reviewed the conditions of supervision with Mr. Collins. He signed his judgment acknowledging his understanding of the conditions of supervision, to include special condition number 14, as noted above.

Mr. Collins violated his conditions of supervised release in Spokane, Washington, by using cocaine, on or about September 3, 2017.

On September 5, 2017, Mr. Collins reported to the probation office as directed. He was confronted regarding any additional illicit drug use since his last urinalysis test on September 1, 2017. Mr. Collins admitted to using heroin and cocaine on the evening of September 3, 2017. He signed an admission form. A urine sample was collected and sent to Alere Toxicology to confirm positive test results for cocaine and heroin.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/06/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Sept 6 2017
Date