PROB 12C
(6/16)

Report Date: September 15, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 18 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Travis Lee Collins      Case Number: 0980 2:17CR00041-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 22, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 110 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 10, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 9, 2021 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the cost of testing as determined by the United States Probation Officer.<br><br>**Supporting Evidence**: On May 11, 2017, the undersigned officer reviewed the conditions of supervision with Mr. Collins. He signed his judgment acknowledging his understanding of the conditions of supervision, to include special condition number 14, as noted above.<br><br>Mr. Collins violated his conditions of supervised release in Spokane, Washington, by using heroin and methamphetamine on or about September 10, 2017.<br><br>Mr. Collins reported to the probation office on September 14, 2017, and submitted to a random urinalysis test which tested presumptive positive for heroin and methamphetamine. Mr. Collins admitted to using methamphetamine and heroin on or about September 10, 2017. The urine sample was sent to Alere Toxicology for further testing. The results are pending. |

| | |
|---|---|
| 4 | **Special Condition # 14**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the cost of testing as determined by the United States Probation Officer. |

        **Supporting Evidence**: On May 11, 2017, the undersigned officer reviewed the conditions of supervision with Mr. Collins. He signed his judgment acknowledging his understanding of the conditions of supervision, to include special condition number 14, as noted above.

        Mr. Collins violated his conditions of supervised release in Spokane, Washington, by failing to submit to a random urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT) on September 11, 2017.

        Per Mr. Collins' above-referenced condition of supervised release, he was referred to random urinalysis testing at ADEPT, assigned the color brown 1, and directed to call ADEPT's urinalysis testing hotline daily. In the event ADEPT reported the color of the day was brown 1, he was directed to report to their office and submit to testing between the hours of 7 a.m. and 7 p.m.

        On Monday, September 11, 2017, the color of the day for drug testing was brown 1, and per the ADEPT roster, Mr. Collins was marked as a "no show" for his random urinalysis test. On September 14, 2017, when confronted about the missed urinalysis test, Mr. Collins admitted he did not provide a urine sample at ADEPT on September 11, 2017.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on September 6, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/15/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Collins, Travis Lee
September 15, 2017
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

9/18/17
Date