# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Lee Collins          Case Number: 0980 2:17CR00041-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 22, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 110 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: May 10, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 9, 2021 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2017 and 09/18/2017 and TO ISSUE A WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

5      **Special Condition # 14**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the cost of testing as determined by the United States Probation Officer.

     **Supporting Evidence**: On May 11, 2017, the undersigned officer reviewed the conditions of supervision with Mr. Collins. He signed his judgment acknowledging his understanding of the conditions of supervision, to include special condition number 14, as noted above.

     Mr. Collins violated his conditions of supervised release in Spokane, Washington, by using heroin and methamphetamine on or about September 25, 2017.

     On September 27, 2017, Mr. Collins appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance and a detention hearing. The Court continued the detention hearing to October 5, 2017. Mr. Collins was also ordered to submit a urinalysis test prior to leaving the courthouse.
After court, Mr. Collins reported to the probation office and provided a urine sample. The urine sample tested presumptive positive for methamphetamine and morphine. The urine

      sample was sent to Alere Toxicology for further testing. Mr. Collins admitted to using methamphetamine on September 25, 2017, however, denied heroin use. Mr. Collins signed an admission form.

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2017 and 09/18/2017 and to **Issue a Warrant.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/28/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/29/17
Date