PROB 12C
(6/16)

Report Date: January 8, 2018

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 09 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Travis Lee Collins             Case Number: 0980 2:17CR00041-WFN-1

Address of Offender:                    Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 22, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 110 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: May 10, 2017 |
| Defense Attorney: | Matthew Campbell | Date Supervision Expires: May 9, 2021 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2017, 09/18/2017 and 09/18/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On May 11, 2017, the undersigned officer reviewed the conditions of supervision with Mr. Collins. He signed his judgement acknowledging his understanding of his conditions of supervision, to include mandatory condition number 2, as noted above.

On or about January 8, 2017, according to Spokane police report, 2018-20004280, Spokane police officers arranged to buy heroin from a female and agreed on a meeting location in Spokane Valley, Washington. The female arrived with Mr. Collins, who was driving a vehicle. The female was detained and was found to be in possession of methamphetamine and heroin. Mr. Collins was also detained.

A search warrant was granted for Mr. Collins' vehicle, and the female. Mr. Collins had $2,364 on his person and had a key in his pocket that appeared to be to a safe.

In Mr. Collins' car, police officers found a safe; the key found in Mr. Collins' possession was used to open the safe. The safe contained a working scale, clear plastic baggies for drug packaging, and heroin and methamphetamine, which both tested positive for their substances. The amount of methamphetamine and heroin were both more than user amounts.

Post Miranda, Mr. Collins said he doesn't have a job and he sells drugs. Mr. Collins also reported the drugs in the safe were his and the drugs that the female had belonged to him as well. Mr. Collins was arrested and booked into the Spokane County Jail for Possession of a Controlled Substance with Intent to Deliver, RCW:69.50.401.

7

**Standard Condition #7:** The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled or any paraphernalia related to any controlled substance, except as prescribed as a physician.

**Supporting Evidence:** On May 11, 2017, the undersigned officer reviewed the conditions of supervision with Mr. Collins. He signed his judgement acknowledging his understanding of his conditions of supervision, to include standard condition number 7, as noted above.

On or about January 8, 2017, according to the Spokane police report, 2018-20004280, upon execution of a search warrant on Mr. Collins' vehicle, a working scale and small plastic baggies (commonly used by drug dealers to weigh and package narcotics for sale), were located in a safe in Mr. Collins' vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/08/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Collins, Travis Lee
January 8, 2018
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

1/9/18
_____
Date